UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:13-cr-16 |
| v. ) | |
| ) | COLLIER / LEE |
| ANGELA CHRISTINE STAHL ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One and Twenty-Nine of the thirty-six-count Indictment; (2) accept Defendant's plea of guilty to Counts One and Twenty-Nine of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Twenty-Nine of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter (Court File No. 33). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 33) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Counts One and Twenty-Nine of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One and Twenty-Nine of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Twenty-Nine of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, September 12, 2013 at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

                    **/s/**
                    **CURTIS L. COLLIER**
                    **UNITED STATES DISTRICT JUDGE**